# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

V.

DIEGO RODRIGUEZ

CASE: 00CR-761 (JSR) / 09 CIV. 2063 (JSR)

)
)
)
)

## MOTION FOR SENTENCE MODIFICATION

THE DEFENDANT DIEGO RODRIGUEZ RESPECTIVELY MOVES FOR A SENTENCE MODIFICATION, UNDER 18 U.S.C. 3582(C)(2), BECAUSE MR DIEGO RODRIGUEZ IS ENTITLED TO A SENTENCE REDUCTION UNDER USSG 1B1.10(B)(2) EFFECTIVE NOVEMBER 1, 2014. THEREFORE, IT IS RESPECTFULLY REQUESTED THE COURT ORDER THE PREPARATION OF SUPPLEMENTAL PRESENTENCE REPORT THAT ACCOUNTS FOR THE AMENDED BASE OFFENSE LEVEL AS ANY PUBLIC SAFETY CONSIDERATIONS AND POST-SENTENCING CONDUCT AND SET. IT IS FURTHER REQUESTED THE COURT SET FORTH A SCHEDULING ORDER TO RESPOND TO THE SUPPLEMENTAL PRESENTENCE REPORT UPON ITS COMPLETION AND FILE ANY WRITTEN MEMORANDUM OR REQUEST FOR A HEARING.

SINCERELY

*Diego Rodriguez*

9/16/15