```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :
          v.                         :    00-cr-0761-2 (JSR)
                                     :
DIEGO B. RODRIGUEZ,                  :
                                     :
               Defendant.            :    ORDER
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

The representation of the defendant in the above-captioned matter is assigned to C.J.A. Attorney on duty June 19, 2020, Nathaniel Marmur, for the purpose of supplementing, if deemed necessary, the pro se motion for compassionate release received by the Court on June 18, 2020, see ECF No. 369.

SO ORDERED.

Dated:   New York, NY
         June 19, 2020

_____
JED S. RAKOFF, U.S.D.J.

-1-