UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

DIEGO RODRIGUEZ,

                    Defendant.

00 Cr. 761 (JSR)

**NOTICE OF MOTION FOR
COMPASSIONATE RELEASE
PURSUANT TO
18 U.S.C. § 3582(c)(1)(A)**

---

PLEASE TAKE NOTE THAT Diego Rodriguez hereby moves the Court for an order granting him compassionate release pursuant to 18 U.S.C. §3582(c)(1)(A)(i). Pursuant to the schedule previously set forth by the Court, the Government's opposition brief is due August 14, 2020, at 5:00 p.m., Mr. Rodriguez's reply brief is due August 28, 2020, at 5:00 p.m., and oral argument will be held on September 2, 2020 at 4:00 p.m.

Dated: New York, New York
      July 31, 2020

                    THE LAW OFFICES OF
                    NATHANIEL Z. MARMUR, PLLC

By:   /s/ Nathaniel Z. Marmur
       Nathaniel Z. Marmur
       500 Fifth Avenue, 40th Floor
       New York, NY  10110
       (212) 257-4894
       nmarmur@marmurlaw.com

       *Attorney for Diego Rodriguez*

TO:     AUSA Daniel Wolf (by ECF)