# Exhibit A

Name:     RODRIGUEZ, Diego
Reg. No.: 49597-054
Unit:     Unit 3B
Page 1

---

### Inmate Request to Staff Response

This is in response to your May 27, 2020, Inmate Request to Staff, wherein you request a Compassionate Release/Reduction in Sentence (RIS) based upon Medical Circumstances. Specifically, you claim to be at very high risk for not surviving if you contract COVID-19.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

Your request for Compassionate Release/RIS has been reviewed. Our records indicate you are 54 years old. Your medical record does indicate you suffer from a chronic or serious medical condition, however, you are not disabled or unable to perform activities of daily living. Your condition does not diminish your ability to function in a correctional environment. The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence.

Accordingly, your request for Compassionate Release/RIS is denied. If you are not satisfied with this response to your request, you may appeal this decision through the Administrative Remedy Process.

6/11/2020
Date

Catricia L. Howard
Warden

RODRIGUEZ, Diego
Reg. No.: 49597-054
Appeal Number: 1027969-F1
Page 1

---

## Part B - Response

This is in response to your Request for Administrative Remedy received on June 19, 2020, in which you are appealing the June 11, 2020, denial of your request for a Compassionate Release/Reduction in Sentence (RIS).

Your request for Compassionate Release/Reduction in Sentence (RIS) was reviewed and denied on June 11, 2020. Although you have medical concerns, you are not disabled or unable to perform activities of daily living. In addition, your condition does not diminish your ability to function in a correctional environment. The Bureau of Prisons (BOP) is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. While I understand your concerns, your request does not meet the criteria established in accordance with Program Statement 5050.50, Compassionate Release/RIS.

Therefore, based on the above information, your Request for Administrative Remedy is denied.

If you are not satisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Streets, 7th Floor, Philadelphia, Pennsylvania, 19106, within 20 calendar days of this response.

6/29/2020
Date

Catricia L. Howard
Warden